1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
5  Phone: 877-206-4741
6  Fax: 866-633-0228
7  tfriedman@ toddflaw.com
   abacon@ toddflaw.com
8  mgeorge@toddflaw.com
9  *Attorneys for Plaintiff*

10
                    **UNITED STATES DISTRICT COURT**
11                   **CENTRAL DISTRICT OF CALIFORNIA**
12
13 | DENISE MENICHIELLO, individually ) | Case No. 8:17-cv-00613-DOC-JCG
   | and on behalf of all others similarly  )
14 | situated,                              )   **NOTICE OF VOLUNTARY**
   |                                        )   **DISMISSAL OF ENTIRE ACTION**
15 | Plaintiff,                             )   **WITHOUT PREJUDICE**
16 |                                        )
17 |      vs.                               )
   |                                        )
18 | CREATIVE AIR SOLUTIONS INC.,           )
19 | and DOES 1 through 10, inclusive, and  )
   | each of them,                          )
20 |                                        )
21 | Defendant.                             )

22
23
24
25
26
27
28

Notice of Dismissal - 1

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 7th day of June, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 7th day of June, 2017, with:

United States District Court CM/ECF system

Notification sent on this 7th day of June, 2017, via the ECF system to:

Honorable Judge David O. Carter
United States District Court
Central District of California

This 7th day of June, 2017.
By: s/Todd M. Friedman
    Todd M. Friedman